**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-44642-JBS |
| | § | |
| MICHAEL W TERRELL | § | |
| JANICE L TERRELL | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/31/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/23/2011           By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 09-44642-JBS |
|---|---|---|
| | § | |
| MICHAEL W TERRELL | § | |
| JANICE L TERRELL | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,310.38
*and approved disbursements of*     $538.07
*leaving a balance on hand of[1]:*     $4,772.31

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,772.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,193.03 | $0.00 | $1,193.03 |
| David Leibowitz, Trustee Expenses | $66.66 | $0.00 | $66.66 |

Total to be paid for chapter 7 administrative expenses:     $1,259.69
Remaining balance:     $3,512.62

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Remaining balance: $3,512.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,512.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,924.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Asset Acceptance /SBC/ SBC Illinois | $305.21 | $0.00 | $37.06 |
| 2 | Asset Acceptance/ assignee AT&T | $53.05 | $0.00 | $6.44 |
| 4 | Us Dept Of Education | $1,665.79 | $0.00 | $202.30 |
| 5 | State Farm Mutual Automobile Insurance Company | $26,900.28 | $0.00 | $3,266.82 |

Total to be paid to timely general unsecured claims: $3,512.62
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon              Page 1 of 1              Date Rcvd: Feb 24, 2011
Case: 09-44642                Form ID: pdf006            Total Noticed: 32

The following entities were noticed by first class mail on Feb 26, 2011.
db/jdb        +Michael W Terrell,   Janice L Terrell,   8631 S. Escanaba,   #2,   Chicago, IL 60617-3114
aty            Carrie A Zuniga,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
aty           +Catherine Kim,   Robert J Semrad & Associates,   20 S. Clark St.,   28th Floor,
               Chicago, IL 60603-1811
aty           +David P Leibowitz,   Leibowitz Law Center,   420 W Clayton St,   Waukegan, IL 60085-4216
aty           +Janna L Quarless,   Robert J Semrad and Associates,   20 S. Clark Street, 28th Floor,
               Chicago, IL 60603-1811
aty           +John Eggum,   LakeLaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
aty           +Jonathan T Brand,   Lakelaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
tr            +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14767834      +American Collections,   919 Estes Ct,   Schaumburg, IL 60193-4436
15081961      +Bally Sports Clubs,   12440 Imperial Hwy Ste 300,   Norwalk, CA 90650-8309
14767836      +Blatt Hasenmiller et al.,   125 S. Wacker Dr.,   Ste 400,   Chicago, IL 60606-4440
15081962      +CTI,   PO Box 4783,   Chicago, IL 60680-4783
14767838      +Calvary Portfolio Services,   Attention: Bankruptcy Department,   Po Box 1017,
               Hawthorne, NY 10532-7504
14767839      +Collection Company Of,   700 Longwater Dr,   Norwell, MA 02061-1796
14767840      +Credit Management,   4200 International Pwy,   Carrolton, TX 75007-1912
14767841      +Credit Protection Asso,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
14767842       Exeter Finance Corp,   211 Laurel Road,   Voorhees, NJ 08043
14767843      +I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
14767845      +Kansas Counselors Of K,   P.o. Box 14765,   Shawnee Missio, KS 66285-4765
15081963      +MCM,   Midland Credit Management Inc,   PO Box 60578,   Los Angeles, CA 90060-0578
14767846      +Nco Financial Systems,   P O Box 15740,   Wilmington, DE 19850-5740
14767847      +Peoples Gas,   C/O Bankruptcy Department,   130 E. Randolph Drive,   Chicago, IL 60601-6302
15661089      +State Farm Mutual Automobile Insurance Company,   c/o Yudkin & Brebner, LLC,
               860 Northpoint Blvd.,   Waukegan, IL 60085-8211
14767848      +Tri-State Finacial Services,   PO Box 2520,   Wilkes Barre, PA 18703-0018
15081965      +Tuskegee University,   Attn Busar,   1200 W Montgomery Rd,   Tuskegee Institute, AL 36088-1923
14767849      +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
14767850      +West Asset Management,   Attn: Bankruptcy,   Po Box 105478,   Atlanta, GA 30348-5478
14767851      +Yudkin & Rich, PLLC,   P.O. Box 320,   Waukegan, IL 60079-0320
The following entities were noticed by electronic transmission on Feb 24, 2011.
15398676      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM
               ASSET ACCEPTANCE LLC assignee AT&T,   PO BOX 2036,   WARREN, MI 48090-2036
14767835      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
               Po Box 2036,   Warren, MI 48090-2036
14767837      +E-mail/Text: ceofficeservice@yahoo.com                            C-E Office Service, Inc.,
               PO Box 98,   Ogden, IL 61859-0098
15081964      +E-mail/Text: rlambert@mscb-inc.com                            MSCB,   1410 Industrial Park Rd,
               Paris, TN 38242-6099
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14767844*     +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2011**                              **Signature:** *Joseph Speetjens*