UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  § Case No. 09-44642-JBS
  §
MICHAEL W TERRELL §
JANICE L TERRELL §
  §
  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,947.00 | Assets Exempt: | $11,947.00 |
| Total Distributions to Claimants: | $3,513.03 | Claims Discharged Without Payment: | $73,876.18 |
| Total Expenses of Administration: | $1,259.69 | | |

3) Total gross receipts of $5,310.79 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $538.07 (see **Exhibit 2),** yielded net receipts of $4,772.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $8,173.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,259.69 | $1,259.69 | $1,259.69 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $50,167.88 | $28,977.38 | $28,924.33 | $3,513.03 |
| **Total Disbursements** | $58,340.88 | $30,237.07 | $30,184.02 | $4,772.72 |

4).  This case was originally filed under chapter 7 on 11/24/2009.  The case was pending for 20 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/12/2011          By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Federal Tax Refund | 1224-000 | $5,308.00 |
| Interest Earned | 1270-000 | $2.79 |
| **TOTAL GROSS RECEIPTS** | | **$5,310.79** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Michael W Terrell & Janice Lumpkin | Exemptions | 8100-002 | $538.07 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$538.07** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exeter Finance Corp | 4110-000 | $8,173.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$8,173.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,193.03 | $1,193.03 | $1,193.03 |
| David Leibowitz, Trustee | 2200-000 | NA | $66.66 | $66.66 | $66.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,259.69** | **$1,259.69** | **$1,259.69** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance /SBC/ SBC Illinois | 7100-000 | NA | $305.21 | $305.21 | $37.07 |
| 2 | Asset Acceptance/ assignee AT&T | 7100-000 | NA | $53.05 | $53.05 | $6.44 |
| 3 | ASSET ACCEPTANCE LLC assignee AT&T | 7100-000 | $53.00 | $53.05 | $0.00 | $0.00 |
| 4 | Us Dept Of Education | 7100-000 | $1,650.00 | $1,665.79 | $1,665.79 | $202.32 |
| 5 | State Farm Mutual Automobile Insurance Company | 7100-000 | NA | $26,900.28 | $26,900.28 | $3,267.20 |
|  | American Collections | 7100-000 | $330.00 | NA | NA | $0.00 |
|  | Blatt Hasenmiller et al. | 7100-000 | $2,403.07 | NA | NA | $0.00 |
|  | C-E Office Service, Inc. | 7100-000 | $4,744.00 | NA | NA | $0.00 |
|  | Calvary Portfolio Services | 7100-000 | $128.00 | NA | NA | $0.00 |
|  | Collection Company Of | 7100-000 | $79.00 | NA | NA | $0.00 |
|  | Credit Management | 7100-000 | $191.00 | NA | NA | $0.00 |
|  | Credit Protection Asso | 7100-000 | $69.00 | NA | NA | $0.00 |
|  | I C System | 7100-000 | $163.00 | NA | NA | $0.00 |
|  | I C System Inc | 7100-000 | $163.00 | NA | NA | $0.00 |
|  | Kansas Counselors Of K | 7100-000 | $277.00 | NA | NA | $0.00 |
|  | Nco Financial Systems | 7100-000 | $420.00 | NA | NA | $0.00 |
|  | Peoples Gas | 7100-000 | $45.00 | NA | NA | $0.00 |
|  | Tri-State Finacial Services | 7100-000 | $12,424.53 | NA | NA | $0.00 |
|  | West Asset Management | 7100-000 | $128.00 | NA | NA | $0.00 |
|  | Yudkin & Rich, PLLC | 7100-000 | $26,900.28 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $50,167.88 | $28,977.38 | $28,924.33 | $3,513.03 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 09-44642-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** TERRELL, MICHAEL W AND TERRELL, JANICE L | **Date Filed (f) or Converted (c):** | 11/24/2009 (f) |
| **For the Period Ending:** 7/12/2011 | **§341(a) Meeting Date:** | 12/28/2009 |
| | **Claims Bar Date:** | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Chase (checking) | $72.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | Bank of America (checking) | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | Used furniture | $550.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Used clothing | $400.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | Jewelry | $1,600.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | 1997 Mustang (119K) | $3,150.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | 2003 Lincoln LS (80K) | $6,175.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | 2009 Federal Tax Refund (u) | $0.00 | $5,308.00 | DA | $5,308.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $2.79 | FA |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**

$11,947.00          $5,308.00                              $5,310.79          $0.00

**Major Activities affecting case closing:**
$5308 * 328/365    $4769.93 is property of the Estate:    Send them the difference $538.07 Send to Terrells.  sent check to debtors - copy to attorney
TFR in Progress

**Initial Projected Date Of Final Report (TFR):**   03/11/2011                                   /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**   03/11/2011                                   DAVID LEIBOWITZ

**FORM 2**

Page No: 1

Case 09-44642    Doc 34    Filed 07/14/11    Entered 07/14/11 15:26:45    Desc Main
Document    Page 6 of 10

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 09-44642-JBS | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | TERRELL, MICHAEL W AND TERRELL, JANICE L | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******5931 | | **Money Market Acct #:** | ******6665 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 11/24/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/12/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | $4,770.16 | | $4,770.16 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.22 | | $4,770.38 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.29 | | $4,770.67 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.20 | | $4,770.87 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $4,770.87 | $0.00 |
| | | | **TOTALS:** | | $4,770.87 | $4,770.87 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,770.16 | $4,770.87 | |
| | | | **Subtotal** | | $0.71 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.71 | $0.00 | |

| **For the period of 11/24/2009 to 7/12/2011** | | **For the entire history of the account between 04/06/2010 to 7/12/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.71 | Total Compensable Receipts: | $0.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.71 | Total Comp/Non Comp Receipts: | $0.71 |
| Total Internal/Transfer Receipts: | $4,770.16 | Total Internal/Transfer Receipts: | $4,770.16 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,770.87 | Total Internal/Transfer Disbursements: | $4,770.87 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-44642-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | TERRELL, MICHAEL W AND TERRELL, JANICE L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5931 | | Money Market Acct #: | ******6665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 11/24/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2010 | (8) | United States Treasury | Tax Intercept | 1224-000 | $5,308.00 | | $5,308.00 |
| 03/15/2010 | 1001 | Michael W Terrell & Janice Lumpkin | Portion due to Debtor from Fed Tax Refund | 8100-002 | | $538.07 | $4,769.93 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.20 | | $4,770.13 |
| 04/06/2010 | | Wire out to BNYM account ********6665 | Wire out to BNYM account ********6665 | 9999-000 | ($4,770.16) | | ($0.03) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.03 | | $0.00 |
| | | | **TOTALS:** | | $538.07 | $538.07 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($4,770.16) | $0.00 | |
| | | | Subtotal | | $5,308.23 | $538.07 | |
| | | | Less: Payments to debtors | | $0.00 | $538.07 | |
| | | | **Net** | | $5,308.23 | $0.00 | |

| For the period of 11/24/2009 to 7/12/2011 | | For the entire history of the account between 03/02/2010 to 7/12/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,308.23 | Total Compensable Receipts: | $5,308.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,308.23 | Total Comp/Non Comp Receipts: | $5,308.23 |
| Total Internal/Transfer Receipts: | ($4,770.16) | Total Internal/Transfer Receipts: | ($4,770.16) |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $538.07 | Total Non-Compensable Disbursements: | $538.07 |
| Total Comp/Non Comp Disbursements: | $538.07 | Total Comp/Non Comp Disbursements: | $538.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 09-44642 Doc 34 Filed 07/14/11 Entered 07/14/11 15:26:45 Desc Main
Document Page 8 of 10
Exhibit 9
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-44642-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TERRELL, MICHAEL W AND TERRELL, JANICE L | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5931 | Checking Acct #: | ******4642 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/24/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2011 | | Transfer From: #******4642 | | 9999-000 | $4,772.72 | | $4,772.72 |
| 04/06/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $66.66 | $4,706.06 |
| 04/06/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,193.03 | $3,513.03 |
| 04/06/2011 | 2003 | Asset Acceptance /SBC/ SBC Illinois | Claim #: 1; Amount Claimed: 305.21; Amount Allowed: 305.21; Distribution Dividend: 12.15; | 7100-000 | | $37.07 | $3,475.96 |
| 04/06/2011 | 2004 | Asset Acceptance/ assignee AT&T | Claim #: 2; Amount Claimed: 53.05; Amount Allowed: 53.05; Distribution Dividend: 12.15; | 7100-000 | | $6.44 | $3,469.52 |
| 04/06/2011 | 2005 | Us Dept Of Education | Claim #: 4; Amount Claimed: 1,665.79; Amount Allowed: 1,665.79; Distribution Dividend: 12.15; | 7100-000 | | $202.32 | $3,267.20 |
| 04/06/2011 | 2006 | State Farm Mutual Automobile Insurance | Claim #: 5; Amount Claimed: 26,900.28; Amount Allowed: 26,900.28; Distribution Dividend: 12.15; | 7100-000 | | $3,267.20 | $0.00 |
| | | | **TOTALS:** | | $4,772.72 | $4,772.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,772.72 | $0.00 | |
| | | | Subtotal | | $0.00 | $4,772.72 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,772.72 | |

| For the period of 11/24/2009 to 7/12/2011 | | For the entire history of the account between 04/06/2011 to 7/12/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,772.72 | Total Internal/Transfer Receipts: | $4,772.72 |
| | | | |
| Total Compensable Disbursements: | $4,772.72 | Total Compensable Disbursements: | $4,772.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,772.72 | Total Comp/Non Comp Disbursements: | $4,772.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-44642-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TERRELL, MICHAEL W AND TERRELL, JANICE L | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5931 | Money Market Acct #: | ******4642 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 11/24/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $4,770.87 | | $4,770.87 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.04 | | $4,770.91 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.20 | | $4,771.11 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.20 | | $4,771.31 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.20 | | $4,771.51 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.20 | | $4,771.71 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.20 | | $4,771.91 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.20 | | $4,772.11 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.20 | | $4,772.31 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.18 | | $4,772.49 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.20 | | $4,772.69 |
| 04/06/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 4/6/2011 | 1270-000 | $0.03 | | $4,772.72 |
| 04/06/2011 | | Transfer To: #******4642 | | 9999-000 | | $4,772.72 | $0.00 |
| | | | **TOTALS:** | | $4,772.72 | $4,772.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,770.87 | $4,772.72 | |
| | | | Subtotal | | $1.85 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1.85 | $0.00 | |

| For the period of 11/24/2009 to 7/12/2011 | | For the entire history of the account between 06/25/2010 to 7/12/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.85 | Total Compensable Receipts: | $1.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.85 | Total Comp/Non Comp Receipts: | $1.85 |
| Total Internal/Transfer Receipts: | $4,770.87 | Total Internal/Transfer Receipts: | $4,770.87 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,772.72 | Total Internal/Transfer Disbursements: | $4,772.72 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-44642-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TERRELL, MICHAEL W AND TERRELL, JANICE L | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5931 | Money Market Acct #: | ******4642 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 11/24/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,310.79 | $5,310.79 | $0.00 |

| For the period of 11/24/2009 to 7/12/2011 | | For the entire history of the case between 11/24/2009 to 7/12/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,310.79 | Total Compensable Receipts: | $5,310.79 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,310.79 | Total Comp/Non Comp Receipts: | $5,310.79 |
| Total Internal/Transfer Receipts: | $9,543.59 | Total Internal/Transfer Receipts: | $9,543.59 |
| Total Compensable Disbursements: | $4,772.72 | Total Compensable Disbursements: | $4,772.72 |
| Total Non-Compensable Disbursements: | $538.07 | Total Non-Compensable Disbursements: | $538.07 |
| Total Comp/Non Comp Disbursements: | $5,310.79 | Total Comp/Non Comp Disbursements: | $5,310.79 |
| Total Internal/Transfer Disbursements: | $9,543.59 | Total Internal/Transfer Disbursements: | $9,543.59 |